UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:20-01190 SSS (ADS)                                          Date:  August 2, 2022

Title:  *Daniel Joseph Marquez v. M. Pollard et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Petitioner: | Attorney Present for Respondents: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Petitioner Daniel Joseph Marquez filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition").  (Dkt. No. 1.)  On March 21, 2022, the Court received returned mail from Petitioner's listed address: R.J. Donovan Prison, 480 Alta Rd., San Diego, CA 92179.  (Dkt. No. 41.)  On April 6, 2022, Respondent filed a Motion to Dismiss.  (Dkt. No. 42.)  Petitioner's opposition, if any, was due on April 26, 2022.  (See Dkt. 7 at 2.)  Petitioner did not file an opposition to the Motion to Dismiss.  On July 5, 2022, the Court received returned mail.  (Dkt. No. 45.)  On July 8, 2022, the Court issued an Order Regarding Failure to Update Address and ordered Petitioner to update his address by no later than July 29, 2022.  (Dkt. No. 46.)  On July 28, 2022, the Court again received returned mail.  (Dkt. No. 47.)  As of today's date, Petitioner has not filed a Notice of Change of Address with an address at which he can receive mail.

Pro se litigants are required to keep the Court and opposing parties apprised of their current address.  L.R. 41-6.  Therefore, Petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules.  Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause.  Petitioner's response is due no later than **August 16, 2022**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:20-01190 SSS (ADS)                                     Date: August 2, 2022

Title:  _Daniel Joseph Marquez v. M. Pollard et al._

**Petitioner is cautioned that failing to comply with this Order may result in the recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b), and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh